Berman, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

VINEET KALUCHA, GEORGE PALATHINKAL,
AND APHELION FUND MANAGEMENT, LLC

Defendants.

Case No.: 14-cv-3247

ECF Case

---

STIPULATION OF DISMISSAL
AS TO DEFENDANT PALATHINKAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant George Palathinkal jointly stipulate that all claims that were asserted by the SEC against Defendant George Palathinkal in this action be dismissed with prejudice and without costs, and waiving all rights of appeal.

Respectfully submitted,

/s/ David F. Benson
Eric M. Phillips (*pro hac vice*)
David F. Benson (*pro hac vice*)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390

Attorneys for Plaintiff
U.S. Securities and Exchange Commission

/s/ Ian D. Roffman
Ian D. Roffman (*pro hac vice*)
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2421

Attorney for Defendant
George Palathinkal

**SO ORDERED:**

RMB
_____
U.S.D.J.
6/18/15

tm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **6/18/15**