UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>VINEET KALUCHA, GEORGE PALATHINKAL, AND APHELION FUND MANAGEMENT, LLC<br><br>      Defendants. | Case No.: 14 Civ. 3247 (RMB)<br><br>ECF Case |

[REVISED PROPOSED] ORDER RMB

Upon consideration of the letter motion submitted by Plaintiff Securities and Exchange Commission ("SEC") on November 13, 2015 to propose that the Court approve Pinnacle Canada Fund Administration, Ltd. ("Pinnacle") to oversee and administer the return of funds to investors in Aphelion Fund Management LLC ("Aphelion Management"),

IT IS HEREBY ORDERED that:

1. The SEC's letter motion is granted;

2. Defendant Vineet Kalucha shall forthwith transfer $77,276.13 from his personal bank account to Pinnacle for deposit;

4. Aphelion Management shall forthwith transfer $23,702.07 to Pinnacle for deposit;

5. Upon the clearing of the funds transferred in accordance with Paragraphs 1 and 2, Pinnacle shall forthwith distribute to investors in Aphelion Management the entire sum of $322,200.01, less any reasonable banking and wiring fees (estimated to be less than $1,000), on a ratable basis as follows:

| Investor | Redemption Amount |
|---|---|
| Investor 1 (32%) | $103,104.01 |
| Investor 2 (13%) | $41,886.00 |
| Investor 3 (13%) | $41,886.00 |
| Investor 4 (13%) | $41,886.00 |
| Investor 5 (13%) | $41,886.00 |
| Investor 6 (16%) | $51,552.00 |
| **TOTAL** | **$322,200.01** |

6. SEC to advise the Court in writing when distribution is made. RMB

IT IS SO ORDERED, at New York, New York, on this 18th day of Nov., 2015.

_RMB_

HON. RICHARD M. BERMAN
UNITED STATES DISTRICT COURT JUDGE